## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

## MINUTE ORDER VACATING HEARING

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court on Plaintiff's Unopposed Motion To Vacate Show Cause Hearing On Contempt (Doc. # 51).  Upon review of the motion, the Court finds that good cause exists to vacate the hearing based on Defendant Wayde McKelvy having substantially complied with the SEC's requirements and the SEC's belief that contempt sanctions are no longer needed to enforce compliance with the Court's orders.  Therefore, it is hereby

    ORDERED that the show cause hearing currently scheduled for February 12, 2010 at 9:00 a.m. is VACATED.

    DATED:  February 10, 2010