IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNOFF,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and,
DONNA M. MCKELVY,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (First Request), DN 104, filed with the Court on August 25, 2010, is GRANTED.

The Scheduling Order, DN 71, is amended at paragraphs 8a and 8b, by extending the discovery cut-off date up to and including November 30, 2010, and the dispositive motions deadline up to and including December 29, 2010.

Date: August 26, 2010