**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

**ORDER ON RECEIVER JOHN PAUL ANDERSON'S
MOTION FOR ORDER TO APPROVE PAYMENT OF
RECEIVER'S FEES AND EXPENSES FOR THE PERIOD
APRIL 30, 2010 THROUGH JUNE 30, 2010**

This matter came before the Court on the Receiver's First Application for Approval of Payment [April 20 - June 30, 2010] (Doc. # 112) and Receiver's Supplement to September 7, 2010 Motion for Order (Doc. # 122), for approval of payment of Receiver's fees in the amount of $83,302.00 and expenses in the amount of $5,157.88 for the period April 30, 2010 through June 30, 2010. The Court being fully advised in the premises, hereby GRANTS the motion. It is hereby

ORDERED that the Receiver be paid a total amount of $88,459.88 for his fees and expenses incurred for the period April 30, 2010 through June 30, 2010, from funds in the Receivership estate.

DATED: October __12__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge