IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.  09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

MANTRIA CORPORATION, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order [Second Request](docket no. **139**) is GRANTED finding good cause shown.  The deadline to file dispositive motions is extended to February 25, 2011. The final pretrial conference set on January 11, 2011, at 8:30 a.m. is VACATED and reset to  March 29, 2011 at 9:00 a.m.  The parties shall file with the court their proposed final pretrial order with the court five (5) days before the final pretrial conference.

Date:    December 16, 2010