**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

---

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

---

This matter is before the Court on the Receiver's Second Application for Approval of Payment [July 1, 2010 – September 30, 2010] (Doc. # 127), for approval of payment of Receiver's fees in the amount of $123,114.00 and expenses in the amount of $2,170.53 for the period July 1, 2010 through September 30, 2010.  In addition, the Receiver, in his Second Application, sought approval of the fees and expenses of his Retained Personnel as follows: Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, $63,953.55 in fees and $1,599.04 in expenses; Baum & Gustafson, tax attorney for the Receiver, $7,358.50 in fees and $12.90 in expenses; and Greenstone,

Lick & Associates, tax accountant for the Receiver, $4,750.00 in fees. The Court being fully advised in the premises, hereby GRANTS the motion.

Accordingly, IT IS ORDERED THAT:

(1) The Receiver be paid a total amount of $125,284.53 for his fees and expenses incurred for the period July 1, 2010 through September 30, 2010, from funds in the Receivership estate;

(2) Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, be paid a total of $59,977.09 for its fees and expenses incurred to date;[1]

(3) Baum & Gustafson, tax attorney for the Receiver, be paid a total of $7,371.40 for its fees and expenses incurred for the period July 1, 2010 through September 30, 2010 from funds in the Receivership estate; and

(4) Greenstone, Lick & Associates, tax accountant for the Receiver, be paid a total of $4,750.00 in fees incurred for the period July 1, 2010 through September 30, 2010 from funds in the Receivership estate.

DATED: March   01  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] Although Brownstein Hyatt Farber Schreck, LLP requests a total of $65,552.59, the Court has reduced this amount by $5,575.50 due to time billed at the partner-level for non-partner-level work such as the drafting of a motion for extension of time, motion for appointment of retained personnel, and the preparation of subpoenas.