IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.  09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

MANTRIA CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (Third Request)(docket no. 168) is DENIED.  This court does not find good cause to continue the Final Pretrial Conference.  Moreover, nothing prevents the Plaintiff from settling this case with all defendants at this time.

Date:  March 7, 2011