IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

MANTRIA CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (Fourth Request) Due to Settlement Agreements Reached with All Individual Defendants and Pending Resolution of Case Without Trial [Docket No. **175**] filed with the court March 18, 2011 is GRANTED.

    It is FURTHER ORDERED that the Final Pretrial Conference set March 29, 2011 at 9:00 a.m. is vacated, and the Scheduling Order [Docket No. 71] is amended accordingly.

Date: March 22, 2011