**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

---

**ORDER GRANTING RECEIVER'S MOTION TO
APPROVE SALE OF REAL PROPERTY**

---

This matter is before the Court on Receiver's Motion to Approve Sale of Real Property to the City of Carlsbad (Doc. # 192).  The Court, being fully advised in the premises, hereby GRANTS the Motion.  It is hereby

ORDERED that the Receiver is authorized to sell the Property, described as:

> Unit 1, Block 3, Lots 6 through 16, inclusive, Carlsbad Airport Industrial Park, Carlsbad, Eddy County, New Mexico,

as shown on the official plat thereof on file in the office of the County Clerk of Eddy County, New Mexico, and containing approximately 7.492 acres, to the City of Carlsbad for the sum of $44,952.00.

DATED:  May   04  , 2011

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge