**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

_____

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE PERIODS OF OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010 AND JANUARY 1, 2011 THROUGH MARCH 31, 2011, SUBJECT TO A TWENTY PERCENT HOLDBACK**
_____

This matter is before the Court on the Receiver's Third Application for Approval of Payment of Receiver's Expenses for the Period from October 1, 2010 through December 31, 2010 ("Third Application") (Doc. # 160) and the Receiver's Fourth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from January 1, 2011 through March 31, 2011 ("Fourth Application") (Doc. # 195).

In connection with the Third Application, the Receiver seeks approval of payment of the Receiver's fees in the amount of $66,802.00 and expenses in the amount of $753.44, as well as the fees and expenses of his Retained Personnel as follows:

Brownstein Hyatt Farber Schreck LLP, counsel for the Receiver, $31,036.50 in fees and $274.55 in expenses; Baum & Gustafson, tax attorney for the Receiver, $2,432.00 in fees (there were no expenses).  (Doc. ## 160 through 160-7.)

In connection with the Fourth Application, the Receiver seeks approval of payment of the Receiver's fees in the amount of $12,096.00 and expenses in the amount of $1,825.66 for the period from January 1, 2011 through March 31, 2011, as well as the fees and expenses of his Retained Personnel as follows: Brownstein Hyatt Farber Schreck LLP, counsel for the Receiver, $13,162.50 in fees and $3,480.52 in expenses; Baum & Gustafson, tax attorney for the Receiver, $3,584.00 in fees and $33.10 in expenses.  (Doc. ## 195 through 195-6.)  The Court being fully advised in the premises, finds that granting the Applications is warranted, with a twenty percent deduction, to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application.  (*See* Doc. # 82, ¶ 61.)

Accordingly, IT IS ORDERED THAT:

(1)   The Receiver's Third Application for Approval of Payment of Receiver's Fees and Expenses for the Period from October 1, 2010 through December 31, 2010 (Doc. # 160) is GRANTED WITH THE FOLLOWING MODIFICATIONS and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

     (a)    The Receiver be paid a total of $54,044.35 for his fees and expenses ($67,555.44 - $13,511.09[1]) incurred for the period of October 1, 2010 through December 31, 2010;

     (b)    Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, be paid a total of $25,048.84 for its fees and expenses ($31,311.05 - $6,262.21) incurred for the period of October 1, 2010 through December 31, 2010; and

     (c)    Baum & Gustafson, tax accountant for the Receiver, be paid a total of $1,945.60 ($2,432.00 - $486.40) for its fees incurred for the period of October 1, 2010 through December 31, 2010.

(2)    The Receiver's Fourth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from January 1, 2011 through March 31, 2011 (Doc. # 195) is GRANTED WITH THE FOLLOWING MODIFICATIONS and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

     (a)    The Receiver be paid a total amount of $11,137.33 ($13,921.66 - $2,784.33) for its fees and expenses incurred for the period of January 1, 2011 through March 31, 2011;

     (b)    Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, be paid a total amount of $13,314.42 ($16,643.02 - $3,328.60) for

---

[1] This represents a twenty percent holdback.

its fees and expenses incurred for the period of January 1, 2011 through March 31, 2011; and

(c) Baum & Gustafson, tax attorney for the Receiver, be paid a total of $2,893.68 ($3,617.10 - $723.42) for its fees and expenses incurred for the period of January 1, 2011 through March 31, 2011.

DATED: May __24__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge