IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

---

## ORDER MODIFYING ORDER APPOINTING RECEIVER (DOC. # 82)

---

**WHEREAS** this matter previously came before the Court upon motion of Plaintiff Securities and Exchange Commission ("SEC," "Commission," or "Plaintiff") to appoint a receiver, which this Court granted and appointed a receiver (Doc. # 82); and,

**WHEREAS** this matter is now before the Court upon motion of the SEC for expedited hearing whether to modify the stay of litigation imposed by the Order Appointing Receiver, which hearing occurred on September 20, 2011 at 8:15 a.m.; and

**WHEREAS** the Court now enters this Order Modifying the Order Appointing Receiver, modifying the stay of litigation contained in paragraph 31 therein.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

**THAT:** Paragraph 31 of the Court's Order Appointing Receiver (Doc. # 82) is modified to read as follows:

31. As set forth in detail below, the following proceedings, excluding the instant proceeding and all police or regulatory actions and actions of the Commission related to the above-captioned enforcement action, are stayed until further Order of this Court:

> All civil legal proceedings of any nature, including, but not limited to, bankruptcy proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other actions of any nature involving: (a) the Receiver, in his capacity as Receiver; (b) any Receivership Property, wherever located; or (c) any of the Receivership Defendants, including subsidiaries and partnerships; whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or otherwise (such proceedings are hereinafter referred to as "Ancillary Proceedings").

Accordingly, IT IS SO ORDERED.

DATED: September __20__, 2011

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge