**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO PARTIALLY LIFT STAY FOR RECEIVERSHIP CLAIMS AGAINST ASTOR WEISS KAPLAN & MANDEL, LLP, TATUM, LLC, A DIVISION OF SFN GROUP, INC., CHRISTOPHER P. FLANNERY, DANIEL J. RINK, KRASSENSTEIN & UNGER, LLC, AND STEVEN L. GRANOFF**

---

    This matter is before the Court on Receiver John Paul Anderson's Unopposed Motion to Partially Lift Stay for Receivership Claims Against Astor Weiss Kaplan & Mandel, LLP, Tatum, LLC, a division of SFN Group, Inc., Christopher P. Flannery, Daniel J. Rink, Krassenstein & Unger, LLC, and Steven L. Granoff (collectively, the "Gatekeepers"). (Doc. # 234.) The Court being fully advised in the premises, it is hereby

    ORDERED that the Motion is GRANTED. The Stay is lifted for the limited purpose of the Receiver pursuing his Complaint against the Gatekeepers, as attached

to the Motion. <u>The Stay remains in full force and effect as to any other claims or third parties</u>.

DATED: November __17__, 2011

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge