IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

_____

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE PERIOD JULY 1, 2011, THROUGH SEPTEMBER 30, 2011, SUBJECT TO A TWENTY PERCENT HOLDBACK**
_____

    This matter is before the Court on the Receiver's Fifth Application for Approval of Payment of Receiver's Fees and Expenses for the period July 1, 2011 – June 30, 2011 ("Fifth Application") (Doc # 243).

    In connection with the Fifth Application, the Receivers seeks approval of payment of the Receiver's fees in the amount of $9,811.00 and expenses in the amount of $283.92, as well as the fees and expense of his Retained Personnel as follows: Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, $21,364.65 in fees (there were no expenses); Baum & Gustafson, tax attorney for the Receiver, $1,632.00 in fees (there were no expenses). The Court being fully advised in the premises, finds

that granting the Application is warranted, with a twenty percent deduction, to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application (*See* Doc. # 82, ¶ 61.)

Accordingly, IT IS ORDERED THAT:

1) The Receiver's Fifth Application for Approval of Payment of Receiver's Fees and Expenses for the Period July 1, 2010 through September 30, 2010 (Doc. # 243) is GRANTED, **with the following modifications**, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

   (a) The Receiver be paid a total of $8,075.94 for his fees and expenses ($10,094.92 - $2,018.98[1]) incurred for the period July 1, 2011 through September 30, 2011;

   (b) Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, be paid a total of $17,091.72 for its fees and expenses ($21,364.65 - $4,272.93) incurred for the period July 1, 2011 through September 30, 2011; and,

   (c) Baum & Gustafson, tax accountant for the Receiver, be paid a total of $1,305.60 for its fees and expenses ($1,632.00 - $326.40) incurred for the period July 1, 2011 through September 30, 2011.

DATED:  December   13  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge