**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.
_____

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR
THE PERIOD OCTOBER 1, 2011, THROUGH DECEMBER 31, 2011, SUBJECT TO
A TWENTY PERCENT HOLDBACK**
_____

This matter is before the Court on the Receiver's Sixth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from October 1, 2011 – December 31, 2011 ("Sixth Application") (Doc # 262).

In connection with the Sixth Application, the Receiver seeks approval of payment of the Receiver's fees in the amount of $9,280.00 and expenses in the amount of $62.43, as well as the fees and expense of his Retained Personnel as follows: Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, $14,109.75 in fees (there were no expenses); Baum & Gustafson, tax attorney for the Receiver, $704.00 in fees (there were no expenses).  (*See id.*)  The Court being fully advised in the premises, finds that granting the Application is warranted, with a twenty percent

deduction to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application.  (*See* Doc. # 82, ¶ 61.)

Accordingly, IT IS ORDERED THAT:

1) The Receiver's Sixth Application for Approval of Payment of Receiver's Fees and Expenses for the Period October 1, 2011, through December 31, 2011 (Doc. # 262) is GRANTED, **with the following modifications**, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

   (a) The Receiver be paid a total of $7,473.95 for his fees and expenses ($9,342.43 - $1,868.48[1]) incurred for the period October 1, 2011, through December 31, 2011;

   (b) Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, be paid a total of $11,287.80 for its fees ($14,109.75 - $2,821.95) incurred for the period October 1, 2011, through December 31, 2011; and,

   (c) Baum & Gustafson, tax accountant for the Receiver, be paid a total of $563.20 for its fees ($704.00 - $140.80) incurred for the period October 1, 2011, through December 31, 2011.

DATED:  May  23 , 2012

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1]This figure represents a twenty-percent holdback.