IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

## ORDER TO ADMINISTRATIVELY CLOSE CASE

This matter is before the Court *sua sponte*. Final Judgment was entered against Defendant Mantria Corporation on September 12, 2011. (Doc. # 215.) On September 13, 2012, Final Judgements were entered against the remaining Defendants as follows:

    Against Defendant Speed of Wealth, LLC (Doc. # 311);
    Against Defendant Troy B. Wragg (Doc. # 312);
    Against Defendant Amanda E. Knorr (Doc. # 313);
    Against Defendant Donna M. McKelvy (Doc. # 314); and
    Against Defendant Wayde M. McKelvy (Doc. # 315).

The Court, having reviewed the file, finds that rather than leaving this case open indefinitely, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown. Determination of uncontested

motions, including the Receiver's quarterly motions for fees and expenses, will not be affected by the case being administratively closed. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2.

DATED: September  26 , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge