**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.
_____

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR
THE PERIOD APRIL 1, 2012, THROUGH JUNE 30, 2012, SUBJECT TO
A TWENTY PERCENT HOLDBACK**
_____

This matter is before the Court on the Receiver's Eighth Application for Approval of Payment of Receiver's Fees and Expenses for the period from April 1, 2012 – June 30, 2012 ("Eighth Application"). (Doc # 301).

In connection with the Eighth Application, the Receiver seeks approval of payment of the Receiver's fees in the amount of $2,432.00 and expenses in the amount of $361.35, as well as the fees of his Retained Personnel as follows: Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, $5,253.90 in fees (there were no expenses); Baum & Gustafson, tax attorney for the Receiver, $928.00 in fees (there were no expenses). (*See id.*) The Court being fully advised in the premises, finds that granting the Application is warranted, with a twenty percent deduction to be awarded at

a later time, in the Court's discretion, in connection with the Receiver's final fee application. (*See* Doc. # 82, ¶ 61.)

Accordingly, IT IS ORDERED THAT:

1) The Receiver's Eighth Application for Approval of Payment of Receiver's Fees and Expenses for the Period April 1, 2012, through June 30, 2012 (Doc. # 301) is GRANTED, **with the following modifications**, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

   (a) The Receiver be paid a total of $2,234.68 for his fees and expenses ($2,793.35 - $558.67[1]) incurred for the period April 1, 2012, through June 30, 2012;

   (b) Brownstein Hyatt Farber Schreck, LLP, counsel for the Receiver, be paid a total of $4,203.12 for its fees ($5,253.90 - $1,050.78) incurred for the period April 1, 2012, through June 30, 2012; and,

   (c) Baum & Gustafson, tax accountant for the Receiver, be paid a total of $742.40 for its fees ($928.00 - $185.60) incurred for the period April 1, 2012, through June 30, 2012.

DATED: October   16  , 2012

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

---

[1] This figure represents a twenty-percent holdback.

2