**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

---

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES
AND EXPENSES FOR THE PERIOD OCTOBER 1, 2012, THROUGH
DECEMBER 31, 2012, SUBJECT TO A TWENTY PERCENT HOLDBACK**

---

This matter is before the Court on the Receiver's Tenth Application for Approval of Payment of Receiver's Fees and Expenses for the period from October 1, 2012 – December 31, 2012 ("Tenth Application").[1]  (Doc # 329).

In connection with the Tenth Application, the Receiver seeks approval of payment of the Receiver's fees in the amount of $7,040.00 and expenses in the amount of $32.39, as well as the fees of his Retained Personnel as follows: Bryan Cave HRO,

---

[1]  Despite granting the Receiver an extension of time (Doc. # 325), he never filed a Ninth Application for Approval of Fees and Expenses for the period from July 1, 2012, through September 30, 2012.

LLP, counsel for the Receiver, $1,432.80 in fees (there were no expenses); and Baum & Gustafson, tax attorney for the Receiver, $320.00 in fees (there were no expenses). (*See id.*)  The Court being fully advised in the premises, finds that granting the Application is warranted, with a twenty percent deduction to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application. (*See* Doc. # 82, ¶ 61.)

Accordingly, it is ORDERED that the Receiver's Tenth Application for Approval of Payment of Receiver's Fees and Expenses for the Period October 1, 2012, through December 31, 2012 (Doc. # 329), is GRANTED, **with the following modifications**, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

(1) The Receiver be paid a total of $5,657.91 for his fees and expenses ($7,072.39 - $1,414.48[2]) incurred for the period October 1, 2012, through December 31, 2012;

(2) Bryan Cave HRO, LLP, counsel for the Receiver, be paid a total of $1,146.24 for its fees ($1,432.80 - $286.56) incurred for the period October 1, 2012, through December 31, 2012; and,

---

[2]  This figure represents a twenty percent holdback.

(3)  Baum & Gustafson, tax accountant for the Receiver, be paid a total of $256.00 for its fees ($320.00 - $64.00) incurred for the period October 1, 2012, through December 31, 2012.

DATED:  April __22__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge