IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

---

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES
AND EXPENSES FOR THE PERIOD JANUARY 1, 2013, THROUGH
MARCH 31, 2013, SUBJECT TO A TWENTY PERCENT HOLDBACK**

---

This matter is before the Court on the Receiver's Eleventh Application for Approval of Payment of Receiver's Fees and Expenses for the period from January 1, 2013, through March 31, 2013 ("Eleventh Application"). (Doc # 340).

In connection with the Eleventh Application, the Receiver seeks approval of payment of the Receiver's fees and expenses in the amount of $1,184.84, as well as the fees of his Retained Personnel as follows: Bryan Cave HRO, LLP, counsel for the Receiver, $1,678.60 in fees (there were no expenses); and Baum & Gustafson, tax attorney for the Receiver, $1,632.00 in fees (there were no expenses). (*See id.*) The Court being fully advised in the premises, finds that granting the Application is

warranted, with a twenty percent deduction to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application. (*See* Doc. # 82, ¶ 61.)

Accordingly, it is ORDERED that the Receiver's Eleventh Application for Approval of Payment of Receiver's Fees and Expenses for the Period January 1, 2013, through March 31, 2013 (Doc. # 340), is GRANTED, **with the following modifications**, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

(1) The Receiver be paid a total of $947.87 for his fees and expenses ($1,184.84 - $236.97[1]) incurred for the period January 1, 2013, through March 31, 2013;

(2) Bryan Cave HRO, LLP, counsel for the Receiver, be paid a total of $1,342.88 for its fees ($1,678.60 - $335.72) incurred for the period January 1, 2013, through March 31, 2013; and

(3) Baum & Gustafson, tax accountant for the Receiver, be paid a total of $1,305.60 for its fees ($1,632.00 - $326.40) incurred for the period January 1, 2013, through March 31, 2013.

DATED: September   30  , 2013

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge

---

[1] This figure represents a twenty percent holdback.

2