**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

---

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES
AND EXPENSES FOR THE PERIOD APRIL 1, 2013, THROUGH
JUNE 30, 2013, SUBJECT TO A TWENTY PERCENT HOLDBACK**

---

This matter is before the Court on the Receiver's Twelfth Application for Approval of Payment of Receiver's Fees and Expenses for the period from April 1, 2013 – June 30, 2013 ("Twelfth Application").   (Doc # 348).

In connection with the Twelfth Application, the Receiver seeks approval of payment of the Receiver's expenses in the amount of $64.22, as well as the fees of his Retained Personnel as follows: Bryan Cave HRO, LLP, counsel for the Receiver, $1,407.00 in fees and $97.40 in expenses.   (*See id.*)   The Court being fully advised in the premises, finds that granting the Application is warranted, with a twenty percent

deduction to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application.   (*See* Doc. # 82, ¶ 61.)

Accordingly, it is ORDERED that the Receiver's Twelfth Application for Approval of Payment of Receiver's Fees and Expenses for the Period April 1, 2013, through June 30, 2013 (Doc. # 348), is GRANTED,[1] **with the following modifications**, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

(1)   The Receiver be paid a total of $51.38 for his expenses ($64.22 - $12.84[2]) incurred for the period April 1, 2013, through June 30, 2013;

(2)   Bryan Cave HRO, LLP, counsel for the Receiver, be paid a total of $1,125.60 for its fees ($1,407.00 - $281.40) and $77.92 ($97.40 - $19.48) for its expenses incurred for the period April 1, 2013, through June 30, 2013.

DATED:  September   30  , 2013

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

---

[1]   As a word of caution to counsel for the Receiver, the Court notes that the proposed order, as well as others the Court has previously received, contained several errors.   Regardless of whether the error is substantive or mathematical, the Court implores counsel for the Receiver to be more careful in future filings, so as to facilitate the Court's expeditious review of them.

[2]   This figure represents a twenty percent holdback.