**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

## BAR ORDER

The Court, being advised in the premises and having reviewed the Receiver's Request for Entry of Bar Order (Doc. # 403) ("Request"), and pursuant to the approved Global Settlement Agreement (attached hereto as **Exhibit A**), hereby ORDERS an injunction and permanently bars any prosecution by the Receiver John Paul Anderson, the Receivership Estate (*see* Exhibit A, X.), and the Receivership Defendants (*see* Exhibit 1, V.), including all principals, creditors, and employees of the Receivership Defendants and all investors except as otherwise resolved in the Class Action (*Touchstone Group, LLC v. Rink, et al.*, Civil Action No. 11-cv-02971-CMA-KMT) of the Barred Claims meaning any and all claims of any kind and nature, asserted or

unasserted, known or unknown, accrued or unaccrued, against Rink and Tatum in regard to any and all facts, circumstances, matters, transactions, acts or events alleged in the Lawsuits, or related to or arising out of the Schemes or the Services. (*See* Exhibit A, B.).

DATED this   28th   day of July, 2014.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge