# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

## ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE PERIOD APRIL 1, 2014 THROUGH JUNE 30, 2014, SUBJECT TO A TWENTY PERCENT HOLDBACK

This matter is before the Court on the Receiver's Sixteenth Application for Approval of Payment of Receiver's Fees and Expenses for the Period April 1, 2014 through June 30, 2014 ("Sixteenth Application") (Doc # 417).

In connection with the Sixteenth Application, the Receiver seeks approval of payment of the Receiver's expenses totaling $46.73, as well as the fees of his Retained Personnel, Bryan Cave, LLP, counsel for the Receiver, of $1,594.00 and expenses of $29.10 (see *id.*).  The Court being fully advised in the premises, finds that granting the

Sixteenth Application is warranted, with a twenty percent deduction, to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application (*See* Doc. # 82, ¶ 61.)

Accordingly, it is ORDERED that the Receiver's Sixteenth Application (Doc. # 417) is GRANTED, **with the following modifications**, and the following fees are to be paid out as follows from the funds in the Receivership estate:

(1) The Receiver shall be paid a total of $37.38 for his expenses ($46.73 - $9.35) incurred for the period April 1, 2014 through June 30, 2014;

(2) Bryan Cave, LLP, counsel for the Receiver, be paid a total of $1,275.20 for its fees ($1,594.00 - $318.80) and $23.28 ($29.10 - $5.82) for its expenses for the period April 1, 2014 through June 30, 2014.

DATED: September __09__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge