**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.
_____

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR
THE PERIOD JULY 1, 2014 THROUGH SEPTEMBER 30, 2014, SUBJECT TO
A TWENTY PERCENT HOLDBACK**
_____

    This matter is before the Court on the Receiver's Seventeenth Application for Approval of Payment of Receiver's Fees and Expenses for the period from July 1, 2014 through September 30, 2014 ("17th Application") (Doc. # 428).

    In connection with the 17th Application, the Receiver seeks approval of payment of the Receiver's fees in the amount of $320.00 and expenses of $116.50.  (*See id.*) It also requests approval of the fees of the Receiver's Retained Personnel, Bryan Cave, LLP, counsel for the Receiver, of $5,548.00 and expenses of $1.60.  (*See id.*)

    The Court being fully advised in the premises, finds that granting the Application is warranted, with a twenty percent deduction to be awarded at a later time, in the

Court's discretion, in connection with the Receiver's final fee application. (*See* Doc. # 82, ¶ 61.)

Accordingly, IT IS ORDERED THAT:

1) The Receiver's Seventeeth Application for Approval of Payment of Receiver's Fees and Expenses for the Period July 1, 2014 through September 30, 2014 (Doc. # 428) is GRANTED, **with the following modifications**, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

   (a) The Receiver be paid a total of $300 for his fees ($320 – $20.00[1]), and $93.20 for his expenses ($116.50 - $23.30), incurred for the period July 1, 2014 through September 30, 2014; and

   (b) Bryan Cave, LLP, counsel for the Receiver, be paid a total of $3394.72 in fees ($5353.00[2] - $1070.60) and $1.28 in expenses ($1.60 - $0.32), incurred for the period July 1, 2014 through September 30, 2014.

DATED: December 2, 2014

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] This figure represents a 20% holdback.

[2] This figure represents the requested fees amount minus $195, to account for a 50% reduction in the requested fees for Bryan Cave attorney Christy L. Anderson. Ms. Anderson charged $390 for an hour of work "facilitating the return of a key to a storage unit." (*See* Doc. # 428 at 4). The Court believes this work could have easily been delegated to a paraprofessional.

2