IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.
_____

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE PERIOD JANUARY 1, 2015, THROUGH MARCH 31, 2015, SUBJECT TO A TWENTY PERCENT HOLDBACK**
_____

    This matter is before the Court on the Receiver's Nineteenth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from January 1, 2015 through March 31, 2015 ("Nineteenth Application") (Doc. # 454).

    In connection with the Nineteenth Application, the Receiver seeks approval for payment of $40.39 of his own expenses; and the fees of his Retained Personnel, Bryan Cave LLP, of $1,589.80, and expenses of $80.00. (*See id.* at 5.)

    The Court being fully advised in the premises, finds that granting the Nineteenth Application is warranted, with a twenty percent deduction to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application. (*See* Doc. # 82, ¶ 61.)

Accordingly, IT IS ORDERED THAT:

1) The Receiver's Nineteenth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from January 1, 2015 through March 31, 2015 (Doc. # 454) is GRANTED, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

    (a) The Receiver is to be paid $32.31 in expenses ($40.39 - $8.08);

    (b) Bryan Cave, LLP, counsel for the Receiver, is to be paid a total of $1,271.84 in fees ($1,589.80 - $317.96), and $64.00 in expenses ($80.00 - $16.00).

**It is FURTHER ORDERED that in future fee applications, counsel shall provide the Court with the amounts the Receiver requests <u>after</u> the 20% holdback is accounted for.**

DATED: June 29, 2015

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge

2