**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 09-CV-02676 CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

        Defendants.

---

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SALE OF REAL
PROPERTY NEAR THE CITY OF DUNLAP, TENNESSEE**

---

This matter is before the Court on Receiver's Motion to Approve Sale of Real

Property Near the City of Dunlap, Tennessee  (Doc. 464).  The Court, being fully

advised in the premises, hereby GRANTS the Motion.  It is hereby

ORDERED that the Receiver is authorized to sell the Property, described as:

Tax Parcel 036 035.0, Lot 1, Mantria Energy Subdivision

as shown in Plat Book C, Page 283 in the Office of the Sequatchie County, Tennessee

Register of Deeds and containing approximately 10.44 acres, to Carbon Black Global,

LLC for the sum of $175,000.00.

DATED July 28, 2015

BY THE COURT:

_____
Christine M. Arguello,
United States District Court Judge