**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.
_____

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR
THE PERIOD FROM OCTOBER 1, 2014, THROUGH DECEMBER 31, 2014,
SUBJECT TO A TWENTY PERCENT HOLDBACK**
_____

    This matter is before the Court on the Receiver's Eighteenth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from October 1, 2014 through December 31, 2014 ("Eighteenth Application") (Doc. # 444).

    In connection with the Eighteenth Application, the Receiver seeks approval for payment of his expenses in the amount of $52.48 (he did not bill any fees); the fees of his Retained Personnel, Bryan Cave LLP, counsel for the Receiver, of $1,460.00 and expenses of $137.80; $736.00 in fees for the Receiver's tax counsel, Baum & Gustafson, and $2,500.00 in fees for the Receiver's tax accountant, Greenstone, Lick & Associates.  (*See id.* at 1.)

The Court, being fully advised in the premises, finds that granting the Eighteenth Application is warranted, with a twenty percent deduction to be awarded at a later time, in the Court's discretion, in connection with the Receiver's final fee application. (*See* Doc. # 82, ¶ 61.)

Accordingly, IT IS ORDERED THAT:

1) The Receiver's Eighteenth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from October 1, 2014 through December 31, 2014 (Doc. # 444) is GRANTED, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate:

   (a) The Receiver is to be paid $41.98 in expenses ($52.48 – $10.49);

   (b) Bryan Cave LLP, counsel for the Receiver, is to be paid $1168 in fees ($1,460.00 – $292), and $110.24 in expenses ($137.80 – $27.56);

   (c) Baum & Gustafson, the Receiver's tax counsel, is to be paid $588.80 in fees ($736.00 – $147.20);

   (d) Greenstone, Lick & Associates, the Receiver's tax accountant, is to be paid of $2,000.000 in fees ($2,500.00 – $500.00).

DATED:   October 7, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge