IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.
_____

**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR AN ORDER DIRECTING THE CLERK OF COURT TO TURN OVER FUNDS TO THE RECEIVER AND DIRECTING THAT THE COMMISSION TURN OVER ALL FUTURE FUNDS TO THE RECEIVER**
_____

    This matter is before the Court on Plaintiff Securities and Exchange Commission's ("SEC's" or "Commission's") Motion for an Order Directing the Clerk to Turn Over Funds to the Receiver and Directing That the Commission Turn Over All Future Payments Directly to the Receiver.  (Doc. # 450.)  Upon consideration of the instant Motion, and there being good cause shown, it is hereby ORDERED that the instant Motion is granted.  It is

    FURTHER ORDERED that the Clerk of Court turn over Donna McKelvy's $5,000 payment (made in February 2015) to the Receiver for distribution, if it has not already done so.  It is

    FURTHER ORDERED that the Clerk of the Court is directed to turn over all funds received in this matter to the Receiver John Paul Anderson at the following address:

1

Alvarez & Marsal, Global Forensic and Dispute Services, LLC, 707 Seventeenth Street, Suite 2125, Denver, CO 80202-3324. It is

FURTHER ORDERED that all future payments are to be sent to the Commission, and the Commission will turn over all future monies collected in this matter directly to the Receiver until the Receiver is discharged. It is

FURTHER ORDERED that the Commission will distribute or send to Treasury any monies collected after the Receiver is discharged.

DATED: October 7, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge