**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

   Defendants.
_____

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR
THE PERIOD FROM APRIL 1, 2015 THROUGH JUNE 30, 2015, SUBJECT TO
A TWENTY PERCENT HOLDBACK**
_____

   This matter is before the Court on the Receiver's Twentieth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from April 1, 2015 through June 30, 2015 ("Twentieth Application") (Doc. # 470).

   In connection with the Twentieth Application, the Receiver seeks approval for payment of his expenses in the amount $50.37 (he did not bill any fees); the fees of his Retained Personnel, Bryan Cave, counsel for the Receiver, of $897.00 and expenses of $12.90; and fees for Baum & Gustafson, LLP, tax counsel for the Receiver in the amount of $384.00. (*See id.* at 1.)

   The Court, being fully advised in the premises, finds that granting the Twentieth Application is warranted, with a twenty percent deduction to be awarded at a later time,

in the Court's discretion, in connection with the Receiver's final fee application.  (*See* Doc. # 82, ¶ 61.)

Accordingly, IT IS ORDERED THAT:

1) The Receiver's Twentieth Application for Approval of Payment of Receiver's Fees and Expenses for the Period from April 1, 2015 through June 30, 2015 (Doc. # 470) is GRANTED, and the following fees and expenses are to be paid out as follows from the funds in the Receivership estate (after the 20% hold back is accounted for):

   (a) The Receiver is to be paid $40.30 in expenses;

   (b) Bryan Cave LLP, counsel for the Receiver, is to be paid $717.60 in fees and $10.32 in expenses;

   (c) Baum & Gustafson, the Receiver's tax counsel, is to be paid $307.20 in fees.

DATED:   October 7, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge