**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

_____

**ORDER DIRECTING COMMUNITY BANKS OF COLORADO TO
TURN OVER FUNDS TO THE SECURITIES AND EXCHANGE COMMISSION**
_____

    Upon consideration of Plaintiff Securities and Exchange Commission's Motion for an Order Directing Community Banks of Colorado to Turn Over Funds to the Securities and Exchange Commission (Doc. #490), and all responses thereto, and for good cause shown, it is hereby

    ORDERED that the Motion (Doc. #490) is GRANTED.  It is

    FURTHER ORDERED that Community Banks is directed turnover all funds presently in Donna McKelvy's frozen account (ending 4832) to the Commission in connection with the above- captioned action, and mail or deliver the check made payable to the SEC to the following address:

Enterprise Service Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
HQ Bldg. Room 181, AMZ-341
Oklahoma City, Oklahoma 73169

Such payment shall be accompanied by a cover letter that identifies the caption and action number of this case, and the name of this court and specifying that the payments are being made to pursuant to the Final Judgments entered on September 13, 2012 (Doc. #314); and it is

FURTHER ORDERED that Community Banks shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel at the following address:

Michael J. Roessner
Assistant Chief Litigation Counsel
Division of Enforcement
United States Securities and Exchange Commission
100 F Street, NE
Mail Stop 5631
Washington, DC 20549-0022

DATED: February 10, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2