IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02676-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MANTRIA CORPORATION,
TROY B. WRAGG,
AMANDA E. KNORR,
SPEED OF WEALTH, LLC,
WAYDE M. MCKELVY, and
DONNA M. MCKELVY,

    Defendants.

_____

**ORDER DENYING MOTION TO TRANSFER FUNDS FOR DISTRIBUTION**
_____

This matter is before the Court on the United States Securities and Exchange Commission's ("SEC") Motion to Transfer Funds for Distribution (the "Motion"). (Doc. # 712.) For the following reasons, the Motion is denied.

The SEC requests that this Court transfer funds collected by the SEC from Defendant Amanda Knorr, plus accumulated earnings, to the Registry of the Court account in a parallel criminal proceeding in the Eastern District of Pennsylvania. (Doc. # 712 at 1.) The SEC also requests that any future funds be disbursed directly to the Registry of the Court in the Eastern District of Pennsylvania. (*Id.* at 1–2.)

The SEC has failed to provide sufficient factual support for its Motion. In this case, a Receiver has been appointed, and the Court approved a Distribution Plan. (Doc. # 708). The SEC does not explain how the requested transfer of funds comports with

1

the Distribution Plan in this action. Although the SEC states that the victims in this action are "the same or substantially the same" as in the criminal case, the SEC does not address how transferring money to the Registry of the Court in the Eastern District of Pennsylvania conforms with the Distribution Plan in this case. Further, the Court has not received a status update from the Receiver since August 13, 2020. (Doc. # 709.) Accordingly, the Court does not have information regarding what monies have been distributed to the individuals listed in the Distribution Plan and what monies remain to be paid.

Accordingly, for the foregoing reasons, the SEC's Motion to Transfer Funds for Distribution (Doc. # 712) is DENIED, without prejudice.

DATED: May 12, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge